1 DANIEL J. BRODERICK, #89424
Federal Defender
2 PEGGY SASSO, Bar #228906
Assistant Federal Defender
3 Designated Counsel for Service
2300 Tulare Street, Suite 330
4 Fresno, California  93721-2226
Telephone: (559) 487-5561
5
Attorney for Defendant
6 JORGE PEREZ-BERNA

7

8 IN THE UNITED STATES DISTRICT COURT

9 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,           )   No. 1:10-cr-0073 AWI
                                      )
12         Plaintiff,                 )   STIPULATION CONTINUING  STATUS
                                      )   CONFERENCE; ORDER THEREON
13   v.                               )
                                      )   Date:  May 10, 2010
14 JORGE PEREZ-BERNA,                 )   Time:  9:00 a.m.
                                      )   Judge: Hon. Anthony W. Ishii
15         Defendant.                 )
                                      )
16 _____    )

17

18     **IT IS HEREBY STIPULATED** by and between the parties through their respective counsel,

19 Assistant United States Attorney Ian Garriques, Counsel for Plaintiff, and Assistant Federal Defender

20 Peggy Sasso, Counsel for Defendant Jorge Perez-Berna, that the status conference currently set for April

21 26, 2010 at 9:00 a.m. **may be continued to May 10, 2010, at 9:00 a.m.**

22     This continuance request is made because on April 26, 2010, counsel for the government and

23 counsel for the defense are both scheduled to begin a trial at 8:30 a.m. on another matter.

24     The parties agree that the delay resulting from the continuance shall be excluded in the interests of

25 justice, including but not limited to, the need for the period of time set forth herein for effective defense

26 preparation pursuant to 18 U.S.C.  §§ 3161(h)(7)(A) and (B)(iv).

27 ///

28 ///

|  |  |
|---|---|
|  | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: April 14, 2010 | By: /s/ Ian Garriques<br>IAN GARRIQUES<br>Assistant United States Attorney<br>Counsel for Plaintiff |
|  | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: April 14, 2010 | By: /s/ Peggy Sasso<br>PEGGY SASSO<br>Assistant Federal Defender<br>Attorney for Defendant<br>Jorge Perez-Berna |

**ORDER**

IT IS SO ORDERED.

**Dated:   April 15, 2010**          /s/ Anthony W. Ishii
                                     CHIEF UNITED STATES DISTRICT JUDGE